UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>Defendants. | NO. C11-5572 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO WITHDRAW ORIGINAL COMPLAINT AND GRANTING EXTENSION |

Before the Court are Plaintiff's motions to amend and for an extension of time. ECF Nos. 8 and 9. For the reasons stated below, the motion to amend is denied and Plaintiff is granted an extension of time to provide the Court with copies of his complaint and addresses for the Defendant.

ORDER                                                                                      1

**BACKGROUND**

Mr. Alverto filed his motion for leave to proceed *in forma pauperis* and a proposed civil rights complaint on July 25, 2011. ECF No. 1. On July 28, 2011, that motion was granted and the Clerk docketed the complaint. ECF Nos. 5 and 6. By letter dated July 27, 2011, the Clerk directed Plaintiff to provide addresses for each named defendant and copies of the complaint for service on the defendants. ECF No. 4. Plaintiff was given a deadline of August 29, 2011 to provide the needed addresses and copies of the complaint so that the Court could serve the complaint on the named defendants. *Id.*

On August 10, 2011, Plaintiff filed the motions to amend and for an extension of time. ECF Nos. 8 and 9. He states that he has "become confused with the assigning of 2 different case numbers to the original complaint." ECF No. 8, p. 2. He requests leave to withdraw his complaint and submit an amended complaint, which is to include copies of the complaint for each defendant, summons for each defendant and marshal forms. *Id.* Plaintiff also requests a thirty day extension of time to comply with the Clerk's request to provide addresses for the named defendants. ECF No. 9. Plaintiff has not submitted a proposed amended complaint for the Court's review. On August 19, 2011, Plaintiff submitted addresses and marshal forms for 24 defendants.

**DISCUSSION**

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 15(a)(1), "[a] party may amend its pleading once as a matter of course within (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a

responsive pleading or 21 days after service of a motion under Rule 12(b), (e) or (f), whichever is earlier."

Plaintiff's original complaint has not yet been served because Plaintiff has not yet provided the Court with addresses for the Defendants. Plaintiff appears to be confused by the assignment of a case number to this case and the Clerk's directive that he provide service addresses. There are not two case numbers for Plaintiff's complaint. The Clerk originally assigned a tracking number (P#1572) to Plaintiff's correspondence received by the Clerk from Plaintiff before Plaintiff had ever filed a complaint. ECF No. 8, p. 4. After Plaintiff filed his application to proceed *in forma pauperis* and a complaint, the Clerk assigned the Case Number C11-5572RJB/KLS to this case and advised Plaintiff accordingly. ECF No. 4.

Plaintiff did not submit a proposed amended complaint for the Court's review. It does not appear that he wishes to amend his complaint in any substantive way (by adding defendants or claims) but instead, wants to withdraw his complaint and then resubmit it as an amended complaint, along with the required information for service. This is not necessary. Plaintiff simply needs to provide the Court with a list of addresses for each of the defendants listed on his complaint. Plaintiff also needs to make 26 copies of his 127 page complaint so that the Court may direct service of the complaint on each of the Defendants. The Court will grant Plaintiff an extension of time to do this.

If Plaintiff truly wishes to amend his complaint to add claims or defendants, he will need to first provide the Court with a full copy of his amended complaint so that the Court may review it. The filing of an amended complaint supersedes the original in its entirety. This means that the original will be as if it never existed. Thus, if Plaintiff wishes to amend

ORDER 3

his complaint, he must set forth all of the parties, claims and damages in a proposed amended complaint and submit it for the court's review. The amended complaint must be complete in itself without reference to the original complaint.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to amend (ECF No. 8) is **DENIED.**

(2) Plaintiff's motion for an extension of time (ECF NO. 9) is **GRANTED;** Plaintiff shall submit addresses for each of the listed defendants and 26 copies of his complaint (with attachments), **on or before September 30, 2011.**

**DATED** this __30th__ day of August, 2011.

Karen L. Strombom
United States Magistrate Judge