UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>                      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>                      Defendants. | No. C11-5572 RJB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom.  Dkt. 75.  The Magistrate Judge recommends that Plaintiffs' motion for "emergency" injunctive relief (Dkt. 60) be denied.  Plaintiff has not filed objections to the Report and Recommendation.  The Court has considered the Report and Recommendation and the record herein.

      As detailed in the Report and Recommendation, the allegations in Plaintiff's motion appear to be based on the same allegations addressed in a previous Report and Recommendation adopted by this Court.  See Dkts. 76, 66, and 46.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1  The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for "emergency" injunction relief (Dkt. 60) is **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of February, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge