UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>　　　　　　　　　Defendants. | No. C11-5572 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT MOTION |

Before the Court is Defendants' Motion to File Over-Length Motion for Summary Judgment. ECF No. 88. Defendants wish to file a motion for summary judgment that exceeds the page limit by 14 pages. *Id.* Plaintiff has filed no objection to Defendants' request.

It is **ORDERED**:

1) Defendants' motion (ECF No. 88) is **GRANTED.** Pursuant to CR 7(f)(4), the reply brief shall not exceed one-half the total length of the brief filed in opposition.

ORDER - 1

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   1st   day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2