UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

                     Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,

                     Defendants.

No. C11-5572 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court is Defendants' Motion for Extension of Time to File Reply. ECF No. 95. The motion is noted for October 5, 2012, however, the Court finds the request is reasonable and finds no prejudice to Plaintiff.

It is **ORDERED**:

1)    Defendants' motion (ECF No. 95) is **GRANTED.** Defendants may file their reply on or before October 5, 2012.

ORDER - 1

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  1st  day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2