UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>    Defendants. | No. C11-5572 RJB/KLS<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

Before the Court is Plaintiff's motion to extend the parties' deadline for filing a joint status report. ECF No. 100. The joint status report is presently due on November 23, 2012. ECF No. 56. Presently pending before the Court are Defendants' motions for summary judgment. ECF No. 87 and 89. The Court's resolution of the motions for summary judgment is is necessary to determine whether particular claims and Defendants will survive dispositive motion proceedings and will necessarily impact the content of the parties' Joint Status Report.

Accordingly, it is **ORDERED:**

ORDER - 1

(1)     Plaintiff's motion (ECF No. 100) is **GRANTED**.  The parties shall file their Joint Status Report **on or before February 15, 2013.**

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  5th   day of November, 2012.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2