UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>                    Plaintiff,<br>    v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>                    Defendants. | No. C11-5572 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 106. The Magistrate Judge recommends that Defendants' motion for summary judgment be granted and Plaintiff's federal claims against Defendants Carolee Roop, Michael Estes, Kristi Entrop, Crispin Juguilon, Lawrence Adamire, Ron Fraker, Shawn Walker, Kurt Grubb, Daniel DeLeon, John Palmer, Jason Romero, and Donald Taber be dismissed with prejudice, and all state law claims against these Defendants be dismissed without prejudice. Dkt. 106 p. 2, 58. The Court need only make a de novo

ORDER - 1

determination of the portions of Magistrate Judge Strombom's Report and Recommendation to which Plaintiff makes objections. 28 U.S.C. § 636(b)(1). Plaintiff has not filed any objection to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The motion for summary judgment of Defendants Carolee Roop, Michael Estes, Kristi Entrop, Crispin Juguilon, Lawrence Adamire, Ron Fraker, Shawn Walker, Kurt Grubb, Daniel DeLeon, John Palmer, Jason Romero, and Donald Taber (Dkt. 89) is **GRANTED** and Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 4th day of December, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 2