# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS, C/O FINCH, C/O PERCIFIELD, C/O GRIJALVA, SGT. C. ROOP, HERBERT C. PENROSE, MICHAEL ESTES, KRISTI ENTROP, DR. JUGUILON, STEPHEN SINCLAIR, RAYMOND BUCHMANN, C/O ADAMIRE, RON FRAKER, ROB JACKSON, COUNSELOR WALKER, KURT GRUBB, C/O DELEON, C/O PALMER, JASON ROMERO, ADELE WILLIAMS, BRYAN MCGARVIE, DARREN HEAWARD, DENISE LARSON, LT. TOM TABER, JASON ULRICH, and STATE OF WASHINGTON,<br><br>　　　　　　　　Defendants. | No. C11-5572 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on the Report and recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 114. The Magistrate Judge recommends that Defendants' motion for summary judgment be granted and Plaintiff's federal claims against Defendants Ethan Finch, Kim Grijalva, Robert Percifeld, Jason Ulrich, Bryan McGarvie, Herbert Penrose, Darren Heaward, Adelaide Williams, Ronald Fraker, Stephen Sinclair, Robert Jackson, Department of Corrections, and State of Washington be dismissed with prejudice and the claims

ORDER - 1

against Defendant Raymond Buchmann be dismissed without prejudice for failure to exhaust.[1] Dkt. 114. The Magistrate Judge further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and that the state law claims be dismissed without prejudice. Dkt. 114. The Plaintiff filed objections to the Report and Recommendation. Dkt. 117.

The Court has reviewed the Objections and finds that they are no more than a restatement of Plaintiff's arguments made in response to the motion for summary judgment. The Magistrate Judge considered all relevant admissible evidence and Plaintiff fails to raise a genuine issue of material fact supporting any federal claims against these Defendants. Dkt. 114 pp. 1-40.

**Eighth Amendment Claims**

As detailed in the Report and Recommendation, the alleged conduct of Defendant Finch - a distasteful comment and lustful leering at Plaintiff's naked body - is not objectively harmful enough to establish a constitutional violation. See *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012); *Somers v. Thurman*, 109 F.3d 614, 616 (9th Cir. 1997). Similarly, assuming the truth of the allegations against Defendants Grijalva, Percifeld, Penrose, and Jackson, there is no evidence that any of them acted with deliberate indifference or that Plaintiff suffered any physical harm, or future risk of harm, as a result of their conduct. See *Watison*, 668 F.3d at 1112-13. Addressing the allegations against Defendant Sinclair, there is no evidence to show that Defendant Sinclair was personally involved or participated in any violation of his constitutional rights. There is also insufficient evidence to raise a genuine issue of material fact

---

[1] Plaintiff's claims against Defendants Carolee Roop, Michael Estes, Kristi Entrop, Crispin Juguilon, Lawrence Adamire, Ronald Fraker (Eighth Amendment claim only), Shawn Walker, Kurt Grubb, Daniel DeLeon, John Palmer, Jason Romero, and Donald Taber were dismissed with prejudice on December 11, 2012. Dkts. 106, 110.

as to whether Defendant Williams was deliberately indifferent to a substantial risk of serious harm to Plaintiff.

### Failure to Exhaust – Claim Against Defendant Buchmann

In addition to failing to raise a genuine issue of material fact as to any constitutional violation, Plaintiff's claims against Defendant Buchmann are subject to dismissal for failure to exhaust administrative remedies.

### Fourteenth Amendment Claims

Plaintiff's Fourteenth Amendment claims against Defendants Ulrich, McGarvie, Heaward, and Fraker are subject to dismissal as these claims are not cognizable under 42 U.S.C. § 1983.  *Heck v. Humphrey*, 512 U.S. 477, 481 (1994); *Neal v. Shimoda*, 131 F.3d 818, 824 (9th Cir. 1997).  Plaintiff's claim of retaliation against Defendant McGarvie is subject to dismissal because Plaintiff has failed to present evidence of a constitutional violation.

### Eleventh Amendment – State of Washington and DOC

The claims against the State of Washington and Department of Corrections are subject to dismissal as these entities are not subject to liability pursuant to 42 U.S.C. § 1983.

### Supplemental Jurisdiction

Jurisdiction over the state law claims is declined as the Court has dismissed all claims over which it has original jurisdiction.  See 28 U.S.C. § 1367.

### Defendant Denise Larson

On December 11, 2012, the Court adopted the Report and Recommendation (Dkt. 106) granting Defendants' motion for summary judgment (Dkt. 89).  This Order dismissed the claims against Defendants Carolee Roop, Michael Estes, Kristi Entrop, Crispin Juguilon, Lawrence Adamire, Ronald Fraker (Eighth Amendment claim only), Shawn Walker, Kurt Grubb, Daniel

ORDER - 3

DeLeon, John Palmer, Jason Romero, and Donald Taber.  Denise Larson was also a party to the motion and the claims against Ms. Larson were subject to the Report and Recommendation.  See Dkt. 106 pp. 15-18, 44-45.  Denise Larson is entitled to summary judgment and dismissal of Plaintiff's claims.

## CONCLUSION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, the Objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

1. The Court adopts the Report and Recommendation (Dkt. 114).

2. Defendants' Motion for Summary Judgment (ECF No. 87) is **GRANTED**.
3. Plaintiff's federal claims against Defendants Ethan Finch, Kim Grijalva, Robert Percifeld, Jason Ulrich, Bryan McGarvie, Herbert Penrose, Darren Heaward, Adelaide Williams, Ronald Fraker, Stephen Sinclair, Robert Jackson, Department of Corrections, and State of Washington are **DISMISSED WITH PREJUDICE.**

4. Plaintiff's state claims are **DISMISSED WITHOUT PREJUDICE.**

5. Plaintiff's claims against Defendant Raymond Buchmann are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

6. Plaintiff's claims against Defendant Denise Larson are **DISMISSED WITH PREJUDICE.**

**7.** All claims against all parties having been dismissed (Dkts. 110 and 118), this matter may be closed.

6. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of April, 2013

ROBERT J. BRYAN
United States District Judge

ORDER - 4